

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-21-00303-CV

**IN THE INTEREST OF A.N.L, G.R.L., P.M.L., R.A.J., A.A.J., L.C.R., J.E.R., AND C.J.R., CHILDREN**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01830
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

Appellant's second motion for an extension of time to file her brief is GRANTED. Appellant's brief is due on or before **October 4, 2021**. However, given the time constraints governing the disposition of this appeal, **no further extensions will be granted.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court